**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRETT MEALS,** | : | **CASE NO.: 5:24-cv-00279-JRA** |
| **Plaintiff,** | : | **JUDGE JOHN R. ADAMS** |
| **v.** | : | |
| **WMK,LLC, dba MOBILITYWORKS,** | : | |
| **Defendant.** | : | |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND RELEASE AND JOINT STIPULATION TO DISMISS PLANTIFF'S FLSA/OHIO OVERTIME COMPENSATION STATUTE, O.R.C. §4111.03 CLAIMS WITH PREJUDICE**

Plaintiff Brett Meals ("Plaintiff"), and Defendant WMK, LLC dba MobilityWorks ("Defendant"), by and through their respective undersigned counsel, hereby move this Court to approve the Settlement Agreement and Release between Defendant and Plaintiff (the "Agreement"). The Parties further request that this Court dismiss the claims brought under the Fair Labor Standards Act, 29 U.S.C. §§201-219 and Ohio overtime compensation statute, O.R.C. §4111.03 ("FLSA Claims"), with prejudice, with each party to bear their own costs and fees.

This motion seeks approval of the settlement of Plaintiff's claims brought under the FLSA. The Parties, without admitting liability, have reached an amicable resolution to these FLSA Claims. Plaintiff's counsel certifies that the Agreement is fair and reasonable and in the best interests of Plaintiff.

The terms of the resolution between Plaintiff and Defendant are embodied in the Settlement Agreement and Release signed by Plaintiff on July 1, 2026. A copy of that

Settlement Agreement and Release is attached hereto as Exhibit A. Also attached as Exhibit B are time records of Plaintiff's counsel supporting the attorneys' fees portion of the settlement as well as a listing of the costs incurred in the pursuing of Plaintiff's claims. As the Agreement provides, the attorneys' fees and costs reimbursed in the settlement is less than in what is supported by the attached records. The parties agree that, under the circumstances, the award of fees and costs in the settlement is appropriate and reasonable.

Pursuant to the FLSA, claims for back wages and other damages arising under the FLSA may be settled or compromised with the approval of the district court or the Secretary of Labor. *See, Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945); *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The Parties request that the Court scrutinize the Agreement for its fairness to Plaintiff and approve the Agreement as fair and reasonable. Furthermore, the Parties hereby stipulate to the dismissal of the FLSA Claims, with prejudice. A separate Stipulated Dismissal of the non-FLSA Claims is being filed contemporaneously with this motion. The Stipulated Dismissal for the non-FLSA Claims does not require Court approval. Accordingly, if this motion is granted and the settlement is approved, all claims pending before this Court will be resolved and the case can be dismissed with prejudice in its entirety.

WHEREFORE, the Parties request that the Court review the Agreement, issue an Order approving the Agreement as fair and reasonable, and dismiss Plaintiff's claims with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 11th day of August, 2026.

*/s/ Bradley A. Sherman*
Bradley A. Sherman (0063609)
F. Allen Boseman, Jr. (0084103)
Ashley M. Fuchs (0097943)
SHERMAN BOSEMAN LEGAL GROUP, LLC
812 Huron Road East, Suite 555
Cleveland, OH 44115
Telephone: 216.239.1414
Facsimile: 216.239.1316
Email: bradley@shermanboseman.com
allen@shermanboseman.com
ashley@shermanboseman.com

Attorneys for Plaintiff
BRETT MEALS

*/s/ Fordham E. Huffman (via email consent)*
Fordham E. Huffman (0020870)
FISHERBROYLES LLP
30628 Detroit Road, #269
Westlake, OH 44145
Telephone: 614.371.8085
Email: fordham.huffman@fisherbroyles.com

Attorney for Defendant
WMK, LLC dba MOBILITYWORKS

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 11, 2026, a copy of the foregoing *Joint Motion to Approve Settlement Agreement and Release and Joint Stipulation to Dismiss Plaintiff's FLSA/Ohio Overtime Compensation Statute, O.R.C. §4111.03 Claims with Prejudice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/Bradley A. Sherman*
Bradley A. Sherman (0063906)

One of the Attorneys for Plaintiff
BRETT MEALS