# EXHIBIT B

| Date | Hours | Description | Rate | Hours | User |
|---|---|---|---|---|---|
| 8/21/2023 | 5.50 | Meeting with B. Meals regarding wage and hour claim; Review of documents. | $ 450.00 | $ 2,475.00 | Bradley Sherman |
| 9/28/2023 | 2.50 | Prepare complaint. | $ 450.00 | $ 1,125.00 | Bradley Sherman |
| 11/7/2023 | 1.50 | Revise Complaint. | $ 450.00 | $ 675.00 | Bradley Sherman |
| 11/9/2023 | 1.50 | Meeting with B. Meals regarding Complaint. | $ 450.00 | $ 675.00 | Bradley Sherman |
| 3/5/2024 | 0.40 | Reviewed court scheudling order; email update to client. | $ 300.00 | $ 120.00 | Ashley Fuchs |
| 3/15/2024 | 3.50 | Prepare Initial Disclosures. | $ 450.00 | $ 1,575.00 | Bradley Sherman |
| 3/18/2024 | 1.80 | Office meeting with client re document production; initial disclosures. | $ 300.00 | $ 540.00 | Ashley Fuchs |
| 3/18/2024 | 0.70 | Reviewed client documents. | $ 300.00 | $ 210.00 | Ashley Fuchs |
| 3/28/2024 | 3.30 | Drafted initial disclosures; party planning meeting report; settlement demand; call with client re submissions. | $ 300.00 | $ 990.00 | Ashley Fuchs |
| 3/29/2024 | 2.00 | Strategy with B; client doc review; editing Court mandated filings and submissions. | $ 300.00 | $ 600.00 | Ashley Fuchs |
| 3/30/2024 | 1.50 | Revise Amended Complaint and settlement letter on damages. | $ 450.00 | $ 675.00 | Bradley Sherman |
| 4/11/2024 | 0.60 | Strategy with Brad; call with client re update; research re charge deadlines. | $ 300.00 | $ 180.00 | Ashley Fuchs |
| 4/11/2024 | 1.20 | Began drafting discovery requests. | $ 300.00 | $ 360.00 | Ashley Fuchs |
| 4/12/2024 | 0.80 | Continued drafting discovery requests. | $ 300.00 | $ 240.00 | Ashley Fuchs |
| 4/15/2024 | 2.10 | Prepare for and representation of client at Case Management Conference. | $ 450.00 | $ 945.00 | Bradley Sherman |
| 4/16/2024 | 1.80 | Review discovery and email correspondence with F. Huffman regarding same. | $ 450.00 | $ 810.00 | Bradley Sherman |
| 4/23/2024 | 1.00 | Edited discovery requests. | $ 300.00 | $ 300.00 | Ashley Fuchs |
| 4/24/2024 | 1.20 | Review and revise interrogatories and document requests related to overtime claim. | $ 450.00 | $ 540.00 | Bradley Sherman |
| 5/7/2024 | 1.50 | Drafted discovery responses. | $ 300.00 | $ 450.00 | Ashley Fuchs |
| 5/10/2024 | 1.00 | Revise interrogatory responses. | $ 450.00 | $ 450.00 | Bradley Sherman |
| 5/10/2024 | 0.20 | Reviewed discovery responses with Brad. | $ 300.00 | $ 60.00 | Ashley Fuchs |
| 5/20/2024 | 0.80 | Reviewed client documents for meeting with client. | $ 300.00 | $ 240.00 | Ashley Fuchs |
| 5/21/2024 | 0.50 | Continued reviewing client documents for meeting . | $ 300.00 | $ 150.00 | Ashley Fuchs |
| 5/21/2024 | 0.30 | Call with client re case update. | $ 300.00 | $ 90.00 | Ashley Fuchs |
| 5/22/2024 | 3.20 | Met with client in office to review weekly schedule and determine hours worked. | $ 300.00 | $ 960.00 | Ashley Fuchs |
| 5/22/2024 | 1.00 | Edited discovery request responses. | $ 300.00 | $ 300.00 | Ashley Fuchs |
| 5/28/2024 | 3.00 | Continued drafting discovery responses; calculated hours worked. | $ 300.00 | $ 900.00 | Ashley Fuchs |
| 5/29/2024 | 1.30 | Continued drafting discovery responses; call with client. | $ 300.00 | $ 390.00 | Ashley Fuchs |
| 5/29/2024 | 0.20 | Drafted Joint Status Report. | $ 300.00 | $ 60.00 | Ashley Fuchs |
| 5/29/2024 | 2.80 | Prepare discovery responses; Telephone conference with F. Huffman regarding same. | $ 450.00 | $ 1,260.00 | Bradley Sherman |
| 7/1/2024 | 0.20 | Reviewed proposed protective order. | $ 300.00 | $ 60.00 | Ashley Fuchs |
| 7/8/2024 | 1.40 | Review discovery documents and other responses. | $ 450.00 | $ 630.00 | Bradley Sherman |
| 7/8/2024 | 1.20 | Strategized document review/wage and hour calculations. | $ 300.00 | $ 360.00 | Ashley Fuchs |
| 7/9/2024 | 3.80 | Reviewed document production for wage/hour issue. | $ 300.00 | $ 1,140.00 | Ashley Fuchs |
| 7/10/2024 | 2.40 | Continued document review for wage/hour issue. | $ 300.00 | $ 720.00 | Ashley Fuchs |
| 7/12/2024 | 2.00 | Review documents from Defendant. | $ 200.00 | $ 400.00 | Cindy Yanuck |
| 7/12/2024 | 1.00 | Review documents from Defendant. | $ 200.00 | $ 200.00 | Cindy Yanuck |
| 7/13/2024 | 0.50 | Review documents from Defendant. | $ 200.00 | $ 100.00 | Cindy Yanuck |
| 7/13/2024 | 2.00 | Review documents from Defendant. | $ 200.00 | $ 400.00 | Cindy Yanuck |
| 7/14/2024 | 1.50 | Review documents from Defendant. | $ 200.00 | $ 300.00 | Cindy Yanuck |
| 7/14/2024 | 3.00 | Review documents from Defendant. | $ 200.00 | $ 600.00 | Cindy Yanuck |
| 7/14/2024 | 1.00 | Review documents from Defendant. | $ 200.00 | $ 200.00 | Cindy Yanuck |
| 7/15/2024 | 2.50 | Reviewed document production for wage/hour issue. | $ 300.00 | $ 750.00 | Ashley Fuchs |
| 7/15/2024 | 0.50 | Review documents from Defendant. | $ 200.00 | $ 100.00 | Cindy Yanuck |
| 7/15/2024 | 3.50 | Review documents from Defendant. | $ 200.00 | $ 700.00 | Cindy Yanuck |
| 7/18/2024 | 3.60 | Review of documents and preparation of Status Report. | $ 450.00 | $ 1,620.00 | Bradley Sherman |
| 7/19/2024 | 1.50 | Reviewed document production for wage/hour issue. | $ 300.00 | $ 450.00 | Ashley Fuchs |
| 7/26/2024 | 3.40 | Reviewed document production for wage/hour issue. | $ 300.00 | $ 1,020.00 | Ashley Fuchs |
| 8/5/2024 | 2.70 | Continued document review. | $ 300.00 | $ 810.00 | Ashley Fuchs |
| 8/19/2024 | 1.40 | Continued calculating hours worked. | $ 300.00 | $ 420.00 | Ashley Fuchs |
| 8/20/2024 | 1.70 | Began drafting deficiency letter. | $ 300.00 | $ 510.00 | Ashley Fuchs |
| 8/24/2024 | 5.00 | Review documents from Defendant. | $ 200.00 | $ 1,000.00 | Cindy Yanuck |
| 8/27/2024 | 1.30 | Continued drafting deficiency letter. | $ 300.00 | $ 390.00 | Ashley Fuchs |
| 9/25/2024 | 1.90 | Reviewed Defendant's letter in response to deficiency claims; reviewed supplemental production. | $ 300.00 | $ 570.00 | Ashley Fuchs |
| 10/1/2024 | 1.60 | Continued calculating hours worked. | $ 300.00 | $ 480.00 | Ashley Fuchs |
| 10/7/2024 | 0.30 | Reviewed documents for deficiencies. | $ 300.00 | $ 90.00 | Ashley Fuchs |
| 10/10/2024 | 0.40 | Call with client re fact development. | $ 300.00 | $ 120.00 | Ashley Fuchs |
| 10/11/2024 | 1.50 | Respond to discovery letter; Telephone conference with F. Huffman regarding depositions. | $ 450.00 | $ 675.00 | Bradley Sherman |
| 10/14/2024 | 6.30 | Prepare for depositions; Review hour sheets; Legal research regarding discovery issues; Telephone conference with F. Huffman regarding same. | $ 450.00 | $ 2,835.00 | Bradley Sherman |
| 10/24/2024 | 2.00 | Organized documents for client deposition prep. | $ 300.00 | $ 600.00 | Ashley Fuchs |
| 10/25/2024 | 8.00 | Deposition preparation. | $ 450.00 | $ 3,600.00 | Bradley Sherman |
| 10/26/2024 | 2.40 | Legal research regarding affirmative defenses. | $ 450.00 | $ 1,080.00 | Bradley Sherman |
| 10/27/2024 | 4.50 | Prepare for depositions and review written discovery responses. | $ 450.00 | $ 2,025.00 | Bradley Sherman |
| 10/29/2024 | 2.50 | Meeting with B. Meals for deposition preparation. | $ 450.00 | $ 1,125.00 | Bradley Sherman |
| 10/29/2024 | 8.70 | Legal research regarding 30(b)(6) topics and prepare for depositions of Gibson and Rosenboom. | $ 450.00 | $ 3,915.00 | Bradley Sherman |
| 10/29/2024 | 2.50 | Met with client for depsition prep. | $ 300.00 | $ 750.00 | Ashley Fuchs |
| 11/1/2024 | 0.50 | Telephone conference F. Huffman regarding depositions. | $ 450.00 | $ 225.00 | Bradley Sherman |
| 11/4/2024 | 3.50 | Deposition Preparation for Company witnesses. | $ 450.00 | $ 1,575.00 | Bradley Sherman |
| 11/5/2024 | 8.00 | Represent client at Plaintiff's deposition. | $ 450.00 | $ 3,600.00 | Bradley Sherman |
| 11/7/2024 | 3.50 | Preparation for company depositions. | $ 450.00 | $ 1,575.00 | Bradley Sherman |
| 11/8/2024 | 7.30 | Continue review of documents for selection of exhibits. | $ 450.00 | $ 3,285.00 | Bradley Sherman |
| 11/8/2024 | 4.20 | Prepare for Gison deposition on wage and hour issues. | $ 450.00 | $ 1,890.00 | Bradley Sherman |
| 11/17/2024 | 5.50 | Continue to Prepare for Gibson and Roseboom deposition; Prepare for 30(b)(6) deposition. | $ 450.00 | $ 2,475.00 | Bradley Sherman |
| 11/19/2024 | 5.00 | Take deposition of Charlie Gibson. | $ 450.00 | $ 2,250.00 | Bradley Sherman |

# EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/20/2024 | 2.50 | | Prepare for D. Roseboom Deposition. | $ 450.00 | | $ 1,125.00 | | Bradley Sherman |
| 11/20/2024 | 3.00 | | Representation of Client at D. Roseboom Deposition. | $ 450.00 | | $ 1,350.00 | | Bradley Sherman |
| 11/20/2024 | 2.40 | | Research regarding FLSA issues pertaining to hour calculation and exempt status. | $ 450.00 | | $ 1,080.00 | | Bradley Sherman |
| 11/22/2024 | 2.20 | | Review deposition notes and documents identified and missing during deposition. | $ 450.00 | | $ 990.00 | | Bradley Sherman |
| 11/25/2024 | 1.50 | | Prepare updated damages calculation for motion practice. | $ 450.00 | | $ 675.00 | | Bradley Sherman |
| 12/1/2024 | 3.00 | | Drafted Motion to Compel. | $ 300.00 | | $ 900.00 | | Ashley Fuchs |
| 12/2/2024 | 0.70 | | Review of Motion to Compel. | $ 450.00 | | $ 315.00 | | Bradley Sherman |
| 12/2/2024 | 0.50 | | Telephone conference F. Huffman regarding discovery issues and resolutions. | $ 450.00 | | $ 225.00 | | Bradley Sherman |
| 12/17/2024 | 0.30 | | Telephone conference with F. Huffman regarding status conference and mediation. | $ 450.00 | | $ 135.00 | | Bradley Sherman |
| 12/18/2024 | 1.00 | | Prepare for and represent client at case status conference. | $ 450.00 | | $ 450.00 | | Bradley Sherman |
| 2/26/2025 | 0.20 | | Drafted joint status report. | $ 300.00 | | $ 60.00 | | Ashley Fuchs |
| | | | | | | **$ 73,270.00** | | |

# EXHIBIT B

| Date | UTBMS expense code | Description | Rate ($) | Billable ($) |
|---|---|---|---|---|
| 10/25/2023 | E108 Postage | Priority Mail to OCRC | $6.73 | $6.73 |
| 2/13/2024 | E112 Court fees | Filing Fee of Complaint - U.S. District Court, NDOH | $405.00 | $405.00 |
| 2/13/2024 | E108 Postage | Certified Mail Postage - Service of Complaint upon MobilityWorks and William M. Koeblitz, Statutory Agent, MobilityWorks | $18.82 | $18.82 |
| 7/18/2024 | E108 Postage | Priority Mail to Opposing Counsel - Return of Hard Drive | $8.95 | $8.95 |
| 11/21/2024 | E115 Deposition transcripts | Transcript of 11/5/2024 Deposition of Brett Meals | $1,657.40 | $1,657.40 |
| 12/1/2024 | E115 Deposition transcripts | Antwan White 30(b)(6) Deposition Transcript | $622.20 | $622.20 |
| 12/2/2024 | E115 Deposition transcripts | Donovan Roseboom Deposition Transcript | $897.60 | $897.60 |
| 12/6/2024 | E115 Deposition transcripts | Charlie Gibson Deposition Transcript | $1,455.00 | $1,455.00 |
| 3/20/2025 | E108 Postage | FedEx to Judge Adams in Akron, OH - SEALED Documents | $15.34 | $15.34 |
| | | | | **$5,087.04** |